```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 23088
   BARBARA ANN JAGIELO
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7159
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/17/04 and confirmed on 08/13/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   77490.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | 55041.98 | .00 | 55041.98 |
| FIFTH THIRD BANK | SECURED | 8029.26 | .00 | 8029.26 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 20764.09 | .00 | 2949.19 |
| ROUNDUP FUNDING LLC | UNSECURED | 1609.11 | .00 | 228.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10744.84 | .00 | 1526.12 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14258.10 | .00 | 2025.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 381.69 | .00 | 54.21 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 1402.77 | .00 | 1402.77 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 64474.01 | .00 | 47757.83 | .00 | 112231.84 |
| PRINCIPAL PAID | 64474.01 | .00 | 6783.19 | .00 | 71257.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 64474.01 | .00 | 6783.19 | .00 | 71257.20 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    3532.80 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/09/09                      /S/
                                    GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 23088 BARBARA ANN JAGIELO